AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

AMANDA FORTIN, on behalf of herself and all others similarly situated, ,
*Plaintiff*
v.
WISE MEDICAL STAFFING, INC.,
*Defendant*

Civil Action No.   2:21-cv-1467

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Pursuant to the Opinion and Order filed 4/22/2024 the Court grants the parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice.  This case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   04/22/2024

CLERK OF COURT

_Christi M. Werr_
Signature of Clerk or Deputy Clerk